1  JOHN SHAEFFER (SBN 138331)
   jshaeffer@foxrothschild.com
2  BENJAMIN H. MCCOY (*Pro Hac Vice* Admitted)
   bmccoy@foxrothschild.com
3  FOX ROTHSCHILD LLP
   10250 Constellation Blvd., Suite 900
4  Los Angeles CA 90067
   Telephone:  (310) 598-4150
5  Facsimile:  (310) 556-9828

6  Attorneys for Defendant, MERITAIN HEALTH, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOVERY BAY REHABILITATION CENTER, LLC dba ADDICTION RECOVERY REHAB and dba PATH TO SERENITY, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERITAIN HEALTH, INC., a New York Corporation, DOES ONE THROUGH TEN, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 8:19-cv-01367-JVS-DFM<br><br>Hon. James V. Selna.<br><br>*Orange County Superior Court Case No. 30-2019-01075436-CU-BC-CJC*<br><br>**DEFENDANT MERITAIN HEALTH, INC.'S AMENDED NOTICE OF REMOVAL TO FEDERAL COURT** |

**PLEASE TAKE NOTICE** that pursuant to the Court's July 19, 2019 Order to Show Cause, Defendant MERITAIN HEALTH, INC. ("Meritain" or "Defendant"), hereby amends its Notice of Removal to include the citizenship of the members of Plaintiff, Recovery Bay Rehabilitation Center, LLC dba Addiction Recovery Rehab dba Path to Serenity ("Plaintiff"). *For the Court's convenience, the California citizenship of Plaintiff's only member is set forth in paragraph 8 below*. Removal of this action is proper for the following reasons:

## I. TIMELINESS

1. On or about June 7, 2019, Plaintiff Recovery Bay Rehabilitation Center, LLC dba Addiction Recovery Rehab dba Path to Serenity ("Plaintiff") filed a civil action titled *Recovery Bay Rehabilitation Center v. Meritain Health, Inc., et. al.*, in the Superior Court of the State of California, County of Orange. The civil action was given Case Number 30-2019-01075436-CU-BC-CJC. A true and correct copy of Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit "A."

2. Plaintiff caused the Complaint to be served on Meritain Health, Inc. on June 13, 2019, via process server to CT Corporation System, located in Los Angeles, California. (Declaration of Jenni Losel ["[Losel] Decl."] ¶ 3, Ex. 1.)

3. In compliance with 28 U.S.C. § 1446(b), Defendant filed its original Notice of Removal with this Court within thirty (30) days after the original complaint was served upon Meritain Health, Inc. with a copy of the original summons, complaint, and all other state court filings. Thus, the Notice of Removal is timely.

4. The instant amendment is permissible because it merely clarifies the citizenship of the members of Plaintiff, a LLC. *See ARCO Environmental Remediation, L.L.C. v. Dept. of Health and Environmental Qualify of Montana*, 213 F.3d 1108, 1117 (9th Cir. 2000) ("A notice of removal can be amended to crrect a defective allegation of jurisdiction, but not to add a new basis for removal

jurisdiction."); *Gonzales Arias v. Safariland, LLC*, 2019 WL 2296810, at *3 (C.D. Cal. 2019) (amendment to notice of removal to include citizenship of LLC members permissible)

## II. DIVERSITY JURISDICTION

5. This case is removable on the basis of diversity jurisdiction under 28 U.S.C. § 1332 and 1442(a)(1).

6. Diversity jurisdiction exists because this is a civil action involving citizens of different states in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

7. Plaintiff is now, and was at the time it commenced this action, a citizen of California. *See* Ex. A, Compl. ¶ 3.

8. Indeed, Plaintiff has one member, Izzy Hirson. Ms. Hirson is domiciled in California and is a citizen of California. *See Hanks v. Palin*, 2012 WL 12878726, at *1 (C.D. Cal. 2012) ("[f]or diversity purposes, an individual is a citizen of his state of domicile, the place where he resides with the intention to remain").

9. 28 U.S.C. §1332(c)(1) provides that "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."

10. Defendant is now, and at all relevant times was, a citizen of New York. Attached hereto as Exhibit B are judicially noticeable documents from the California Secretary of State, including Defendant's registration as a foreign corporation to conduct business in California. These documents conclusively prove that Defendant is a foreign corporation incorporated in New York with its principal place of business in New York.

11. Although unnecessary in light of the Exhibit B documents, for the avoidance of doubt Defendant hereby avers that it is incorporated in New York and has its principal place of business in New York. Further, the Losel Declaration

also confirms that Defendant is now, and at all relevant times was, incorporated in New York with its principal place of business in New York.  *See* [paralegal] Decl. ¶ 4.

12. The amount in controversy requirement is also met here because Plaintiff is seeking in excess of $75,000.00.  Specifically, Plaintiff alleges that Defendant was "contractually bound to pay $525,380.00." Ex. A, Compl. ¶ 25.

### III. VENUE

13. Removal of this matter to the Central District of California, pursuant to 28 U.S.C. § 1441(a) is proper.  The Central District of California "embraces the place where such action is pending." *Id.*  The Superior Court of the State of California, County of Orange, is within the jurisdiction of the United States District Court, Central District of California.

### IV. PROCESS

14. Attached hereto as Exhibit A is the Complaint and Summons along with all other state-court filings.  These documents constitute the entire state court process.

15. In addition, Exhibit 1 to the Losel declaration contains confirmation of service upon Meritain's registered agent on June 13, 2019.

16. This Notice of Removal is being filed without prejudice to Defendant's objections and defenses.

17. Written notice of the filing of this Notice of Removal will be given to all adverse parties and a copy will be filed with the Clerk of the Superior Court for the State of California, County of Orange, in accordance with the provisions of 28 U.S.C. § 1446(d).

///

///

///

///

WHEREFORE, Defendant prays that the above action pending in the Superior Court of California, County of Orange, be removed to this Court.

Dated: August 2, 2019          FOX ROTHSCHILD LLP

By: */s/ John Shaeffer*
John Shaeffer
Benjamin H. McCoy (*Pro Hac Vice* Admitted)
Attorneys for Defendant, Meritain Health, Inc.