Stephan H. Andranian (SBN 220635)
VOGT, RESNICK & SHERAK, LLP
4400 MacArthur Blvd. Ninth Floor
P.O Box 7849
Newport Beach, CA 92658
Tel. (949) 851-9001
Fax. (949) 833-3445
sandranian@vrslaw.net

Attorneys for Plaintiff
RECOVERY BAY REHABILITATION CENTER, LLC dba ADDICTION RECOVERY REHAB and dba PATH TO SERENITY, a California Limited Liability Company

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RECOVERY BAY REHABILITATION CENTER, LLC dba ADDICTION RECOVERY REHAB and dba PATH TO SERENITY, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MERITAIN HEALTH, INC., a New York corporation, DOES ONE THROUGH TEN, inclusive<br><br>Defendants. | CASE NO. 8:19-cv-01367-JVS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**<br><br>Hon. John W. Holcomb |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

      WHEREAS on or about September 27, 2021, the parties to the above-captioned action, namely Plaintiff RECOVERY BAY REHABILITATION CENTER, LLC dba ADDICTION RECOVERY REHAB and dba PATH TO SERENITY, Defendants MERITAIN HEALTH, INC., NATIONAL HEALTH INSURANCE COMPANY (referenced herein collectively as the "Parties") entered into a Confidential Settlement Agreement and Full and Final Release (the "Settlement Agreement"); and

1      WHEREAS the Parties to the Settlement Agreement have timely met their
2  respective obligations thereunder; and
3      WHEREAS the Settlement Agreement calls for the dismissal with prejudice
4  of the above-captioned action in its entirety;
5      WHEREFORE, the attorneys of record for the Parties stipulate and agree that
6  the above-captioned action is to be DISMISSED WITH PREJUDICE.
7      IT IS SO STIPULATED.

DATED: November 30, 2021    **VOGT, RESNICK & SHERAK, LLP**

By:  */s/ Stephan H. Andranian*
STEPHAN H. ANDRANIAN
Attorneys for Plaintiff RECOVERY BAY REHABILITATION CENTER, LLC dba ADDICTION RECOVERY REHAB and dba PATH TO SERENITY, a California Limited Liability Company

DATED: November 30, 2021    **FOX ROTHSCHILD LLP**

By:  */s/ John Shaeffer*
JOHN SHAEFFER
Attorneys for Defendant MERITAIN HEALTH, INC., a New York Corporation

DATED: November 30, 2021    **NICOLSON LAW GROUP, PC**

By:  */s/ David S. Canter*
DAVID S. CANTER
Attorneys for Defendant NATIONAL HEALTH INSURANCE COMPANY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4400 MacArthur Blvd., Suite 900, P.O. Box 7849, Newport Beach, CA 92658-7849.  My eService address is nbush@vrslaw.net.

      On December 1, 2021, I served the foregoing documents described as **STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** attached hereto on all interested parties in this action by the method indicated below:

| | |
|---|---|
| John Shaeffer<br>Fox Rothschild LLP<br>10250 Constellation Boulevard Suite 900<br>Los Angeles, CA 90067<br>Tel: 310-598-4150<br>Fax: 310-556-9828<br>Email: jshaeffer@foxrothschild.com<br>*LEAD ATTORNEY* for Defendant Meritain Health, Inc, a New York Corporation | Benjamin H McCoy<br>Fox Rothschild LLP<br>10 Sentry Parkway Suite 200<br>Blue Bell, PA 19422<br>Tel: 610-397-7972<br>Fax: 610-397-0450<br>Email: bmccoy@foxrothschild.com<br>*PRO HAC VICE ATTORNEY* for Defendant Meritain Health, Inc, a New York Corporation |
| David S. Canter<br>Nicolson Law Group, PC<br>21650 Oxnard Street, Suite 1410<br>Woodland Hills, CA 91367<br>Tel: (818) 858-1120<br>Email: Canter@nicolsonlawgroup.com<br>*ATTORNEY* for National Health Insurance Company | |

**[ XX] BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document.

      [X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      [X ] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on December 1, 2021, at Newport Beach, California.

                                              */s/ Nancy Bush*
                            By:_____
                                  NANCY BUSH