Stephan H. Andranian, Esq. (SBN 220635)
VOGT, RESNICK & SHERAK, LLP
4400 MacArthur Blvd., Ninth Floor
Newport Beach, CA  92660
Tel.: (949) 851-9001; Fax: (949) 833-3445
E-Mail: sandranian@vrslaw.net

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECOVERY BAY REHABILITATION CENTER, LLC dba ADDICTION RECOVERY REHAB and dba PATH TO SERENITY, a California Limited Liability Company,<br><br>Plaintiff(s),<br><br>v.<br><br>MERITAIN HEALTH, INC., a New York corporation, DOES ONE THROUGH TEN, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>8:19-cv-01367-JVS<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

November 30, 2021
_____
Date

_____
*Signature of Attorney/Party*

**NOTE:**  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4400 MacArthur Blvd., Suite 900, P.O. Box 7849, Newport Beach, CA 92658-7849.  My eService address is nbush@vrslaw.net.

On December 1, 2021, I served the foregoing documents described as **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROEDURE 41(a) or (c)** attached hereto on all interested parties in this action by the method indicated below:

| | |
|---|---|
| John Shaeffer<br>Fox Rothschild LLP<br>10250 Constellation Boulevard Suite 900<br>Los Angeles, CA 90067<br>Tel: 310-598-4150<br>Fax: 310-556-9828<br>Email: jshaeffer@foxrothschild.com<br>*LEAD ATTORNEY* for Defendant Meritain Health, Inc, a New York Corporation | Benjamin H McCoy<br>Fox Rothschild LLP<br>10 Sentry Parkway Suite 200<br>Blue Bell, PA 19422<br>Tel: 610-397-7972<br>Fax: 610-397-0450<br>Email: bmccoy@foxrothschild.com<br>*PRO HAC VICE ATTORNEY* for Defendant Meritain Health, Inc, a New York Corporation |
| David S. Canter<br>Nicolson Law Group, PC<br>21650 Oxnard Street, Suite 1410<br>Woodland Hills, CA 91367<br>Tel: (818) 858-1120<br>Email: Canter@nicolsonlawgroup.com<br>*ATTORNEY* for National Health Insurance Company | |

**[ XX] BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 1, 2021, at Newport Beach, California.

By: */s/ Nancy Bush*
NANCY BUSH